UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:    CHAVEZ, HORACIO          §    Case No. 12-18551
          CHAVEZ, CARMEN           §
                                   §
Debtor(s)                          §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that EUGENE CRANE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 09/04/2013 in Courtroom 613, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, Illinois. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/05/2013        By:    /s/Eugene Crane
                                      Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: CHAVEZ, HORACIO § Case No. 12-18551
CHAVEZ, CARMEN §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,000.00 |
| *and approved disbursements of* | $ 50.00 |
| *leaving a balance on hand of* [1] | $ 4,950.00 |
| **Balance on hand:** | $ 4,950.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,950.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 2,986.00 | 0.00 | 2,986.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 37.36 | 0.00 | 37.36 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,023.36 |
| Remaining balance: | $ 1,926.64 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 1,926.64 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 1,926.64 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 1,926.64 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 1,926.64

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 1,926.64

The amount of surplus returned to the debtor after payment of all claims and interest is $ 1,926.64.

Prepared By: /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                              United States Bankruptcy Court
                               Northern District of Illinois

In re:                                                              Case No. 12-18551-TAB
Horacio Chavez                                                      Chapter 7
Carmen Chavez
        Debtors             CERTIFICATE OF NOTICE
District/off: 0752-1           User: froman                 Page 1 of 3                  Date Rcvd: Aug 06, 2013
                               Form ID: pdf006              Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2013.
db/jdb         #+Horacio Chavez,    Carmen Chavez,    5211 South Hermitage,    Chicago, IL 60609-5724
18873965       +Amex Dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
18873966       +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
18873967       +Chase - Cc,    Attention: Bankruptcy Department,    Po Box 15298,    Wilmington, DE 19850-5298
18873968       +Chela/Sallie Mae,    Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
18873970       +Chrysler Credit/TD Auto Finance,    Attention: Bankruptcy,    Po Box 551080,
                 Jacksonville, FL 32255-1080
18873971      #+Citibank Na,    Attn.: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363
18873975       +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
18873977       +Citibank Stu,    Attn: Bankruptcy,    Po Box 6191,    Sioux Falls, SD 57117-6191
18873978      #+Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,    Po Box 20363,
                 Kansas City, MO 64195-0363
18873980        Citifinancial,    Bsp13a,    Baltimore, MD 21202
18873981       +Cole Taylor,    P.o. Box 909743,    Chicago, IL 60690-9743
18873983       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
18873984      #+Famsa Inc,    1810 S Broadway Bv,    Los Angeles, CA 90015-3525
18873990      ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
                (address filed with court: Hsbc/carsn,    Po Box 15524,    Wilmington, DE 19850)
18873989       +Hfc - Usa,    Po Box 3425,    Buffalo, NY 14240-3425
18873991       +Metlife Home Loan,    4000 Horizon Way,    Irving, TX 75063-2260
18873992       +Onemain Fi,    Po Box 499,    Hanover, MD 21076-0499
18873993       +Peoples Gas,    Attention: Bankruptcy Department,    130 E. Randolph,    Chicago, IL 60601-6302
18873996       +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
18873999       +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,    Greenville, TX 75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18873982       +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 07 2013 02:32:34      Discover Fin,
                 Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
18873987       +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2013 02:32:32      Gecrb/walmart,    Po Box 981400,
                 El Paso, TX 79998-1400
18873988       +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2013 02:32:44      Gemb/JC Penny,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
18873995       +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2013 02:30:52      Sams Club / GEMB,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Crane, Heyman, Simon, Welch & Clar
18873969*      +Chela/Sallie Mae,    Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
18873972*      +Citibank Na,    Attn.: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363
18873973*      +Citibank Na,    Attn.: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363
18873974*      +Citibank Na,    Attn.: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363
18873976*      +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
18873979*      +Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,    Po Box 20363,
                 Kansas City, MO 64195-0363
18873985*      +Famsa Inc,    1810 S Broadway Bv,    Los Angeles, CA 90015-3525
18873986*      +Famsa Inc,    1810 S Broadway Bv,    Los Angeles, CA 90015-3525
18873994*      +Peoples Gas,    Attention: Bankruptcy Department,    130 E. Randolph,    Chicago, IL 60601-6302
18873997*      +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
18873998*      +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
18874000*      +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,    Greenville, TX 75403-5609
18874001*      +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,    Greenville, TX 75403-5609
18874002*      +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,    Greenville, TX 75403-5609
18874003*      +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,    Greenville, TX 75403-5609
                                                                                 TOTALS: 1, * 15, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1          User: froman              Page 2 of 3              Date Rcvd: Aug 06, 2013
                              Form ID: pdf006           Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 08, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: froman             Page 3 of 3              Date Rcvd: Aug 06, 2013
                              Form ID: pdf006          Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2013 at the address(es) listed below:

          Christopher M Brown    on behalf of Creditor    MetLife Home Loans a division of MetLife Bank N.A.
           northerndistrict@atty-pierce.com,   cbrown@atty-pierce.com
          Efrain   Vega    on behalf of Joint Debtor Carmen   Chavez vega.law.office@gmail.com
          Efrain   Vega    on behalf of Debtor Horacio   Chavez vega.law.office@gmail.com
          Eugene   Crane    on behalf of Trustee Eugene   Crane ecrane@craneheyman.com,
           jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
          Eugene   Crane    ecrane@craneheyman.com,
           il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                 TOTAL: 6