**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CHAVEZ, HORACIO § Case No. 12-18551
CHAVEZ, CARMEN §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $66,200.00                     Assets Exempt: $10,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00           Claims Discharged
                                                 Without Payment: $8,284.00

Total Expenses of Administration: $3,073.36

---

3) Total gross receipts of $ 5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,926.64 (see **Exhibit 2**), yielded net receipts of $3,073.36 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $115,056.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,073.36 | 3,073.36 | 3,073.36 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 8,284.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $123,340.00 | $3,073.36 | $3,073.36 | $3,073.36 |

4) This case was originally filed under Chapter 7 on May 06, 2012. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/17/2013          By: /s/EUGENE CRANE
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Mexico Property Located in Villanueva Zacatecas | 1110-000 | 2,500.00 |
| 2001 Toyota Tundra Miles: 100,000 (Paid in Full) | 1129-000 | 500.00 |
| 2002 Dodge Ram Truck Miles: 200,000 (Paid in Ful | 1129-000 | 1,000.00 |
| 2006 Chrysler 300 Miles: 100,000 (Paid in Full) | 1129-000 | 1,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Horacio Chavez & Carmen Chavez | Dividend paid 100.00% on $1,926.64; Claim# SURPLUS; Filed: $1,926.64; Reference: | 8200-002 | 1,926.64 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,926.64** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Metlife Home Loan | 4110-000 | 115,056.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$115,056.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 2,986.00 | 2,986.00 | 2,986.00 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 37.36 | 37.36 | 37.36 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,073.36 | $3,073.36 | $3,073.36 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Hsbc/carsn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Onemain Fi | 7100-000 | 787.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Hfc - Usa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Famsa Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/JC Penny | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Famsa Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Peoples Gas | 7100-000 | 226.00 | N/A | N/A | 0.00 |
| NOTFILED | Gecrb/walmart | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbna | 7100-000 | 49.00 | N/A | N/A | 0.00 |
| NOTFILED | Peoples Gas | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Dept Of Education | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Dept Of Education | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Dept Of Education | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Dept Of Education | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Dept Of Education | 7100-000 | 2,166.00 | N/A | N/A | 0.00 |
| NOTFILED | Famsa Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbna | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbna | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sams Club / GEMB | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cole Taylor | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chrysler Credit/TD Auto Finance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Na | 7100-000 | 5,055.00 | N/A | N/A | 0.00 |
| NOTFILED | Chela/Sallie Mae | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase - Cc | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Chela/Sallie Mae | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Amex Dsnb | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America, N.a. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Na | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Na | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Dsnb Macys | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citifinancial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Fin | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Usa Citicorp Credit Services/Attn: | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Usa Citicorp Credit Services/Attn: | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Na | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Sd, Na | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Citibank Sd, Na | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Stu | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $8,284.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-18551  
**Case Name:** CHAVEZ, HORACIO  
CHAVEZ, CARMEN  
**Period Ending:** 10/17/13

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 05/06/12 (f)  
**§341(a) Meeting Date:** 07/24/12  
**Claims Bar Date:** 04/18/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  5211 South Hermitage; Chicago, Illinois 60609 | 62,500.00 | 0.00 | | 0.00 | FA |
| 2  Mexico Property Located in Villanueva Zacatecas | 10,000.00 | 2,000.00 | | 2,500.00 | FA |
| 3  5209 South Hermitage; Chicago, Illinois 60609, ( Orig. Asset Memo: Orig. Description: 5209 South Hermitage; Chicago, Illinois 60609, (Lot Next to 5211 South Hermitage; Chicago, Illnois 60609) | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 4  Nominal Cash on Hand Orig. Asset Memo: Orig. Description: Nominal Cash on Hand; Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 5  Citibank Checking Account: Nominal Rolling Balan Orig. Asset Memo: Orig. Description: Citibank Checking Account: Nominal Rolling Balance used to pay utilities and other household bills; Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 6  Household Furniture | 500.00 | 500.00 | | 0.00 | FA |
| 7  Employer provided 401(k) Orig. Asset Memo: Orig. Description: Employer provided 401(k); Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 8  2001 Toyota Tundra Miles: 100,000 (Paid in Full) Orig. Asset Memo: Orig. Description: 2001 Toyota Tundra Miles: 100,000 (Paid in Full); Imported from original petition Doc# 1 | 3,905.00 | 3,905.00 | | 500.00 | FA |
| 9  2002 Dodge Ram Truck Miles: 200,000 (Paid in Ful Orig. Asset Memo: Orig. Description: 2002 Dodge Ram Truck Miles: 200,000 (Paid in Full); Imported from original petition Doc# 1 | 3,500.00 | 3,500.00 | | 1,000.00 | FA |
| 10  2006 Chrysler 300 Miles: 100,000 (Paid in Full) Orig. Asset Memo: Orig. Description: 2006 Chrysler 300 Miles: 100,000 (Paid in Full) (Joint Title with Adult Son, Diego Chavez) | 8,000.00 | 5,600.00 | | 1,000.00 | FA |
| 10  Assets  Totals (Excluding unknown values) | $91,605.00 | $18,705.00 | | $5,000.00 | $0.00 |

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-18551  
**Case Name:** CHAVEZ, HORACIO  
              CHAVEZ, CARMEN  
**Period Ending:** 10/17/13

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 05/06/12 (f)  
**§341(a) Meeting Date:** 07/24/12  
**Claims Bar Date:** 04/18/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

   01/07/13: Debtor's atty will not appear at 01/08 hearing; he is ill. We have rec'd the offer for $5,000 for Trustee's right title and interest in MX property and autos. Check is in the mail.(dk)

   03/31: Will close case and file Final Report. (dk)

   08/05: Final hearing set from 09/04; this is a surplus to Debtor case (dk)

**Initial Projected Date Of Final Report (TFR):** December 31, 2013    **Current Projected Date Of Final Report (TFR):** July 10, 2013 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-18551  
**Case Name:** CHAVEZ, HORACIO  
CHAVEZ, CARMEN  
**Taxpayer ID #:** **-***5994  
**Period Ending:** 10/17/13  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****946966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/05/13 | | Horacio Chavez | Settlement on Trustee's RTI | | 5,000.00 | | 5,000.00 |
| | {2} | | Right Title and Interest in MX property   2,500.00 | 1110-000 | | | 5,000.00 |
| | {8} | | RTI in Toyota automobile   500.00 | 1129-000 | | | 5,000.00 |
| | {9} | | RTI in Dodge Ram Auto   1,000.00 | 1129-000 | | | 5,000.00 |
| | {10} | | RTI in Chrysler Automobile   1,000.00 | 1129-000 | | | 5,000.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,990.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,980.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,970.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,960.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,950.00 |
| 09/06/13 | 101 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $2,986.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,986.00 | 1,964.00 |
| 09/06/13 | 102 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $37.36, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 37.36 | 1,926.64 |
| 09/06/13 | 103 | Horacio Chavez & Carmen Chavez | Dividend paid 100.00% on $1,926.64; Claim# SURPLUS; Filed: $1,926.64; Reference: | 8200-002 | | 1,926.64 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,000.00 | 5,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,000.00 | 5,000.00 | |
| | | | Less: Payments to Debtors | | | 1,926.64 | |
| | | | **NET Receipts / Disbursements** | | $5,000.00 | $3,073.36 | |

| | Net Receipts : | 5,000.00 |
|---|---|---|
| | Less Payments to Debtor : | 1,926.64 |
| | Net Estate : | $3,073.36 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****946966 | 5,000.00 | 3,073.36 | 0.00 |
| | $5,000.00 | $3,073.36 | $0.00 |

{} Asset reference(s)

Printed: 10/17/2013 04:42 PM   V.13.13